AO 91 (Rev. 11/11) Criminal Complaint　　　　　　　　　　　　　　　　　　　AUSA Jennifer Aronoff (312) 886-7643

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

OSCAR BELTRAN

CASE NUMBER: 25 CR 99



FILED 2/20/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about February 19, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

STEPHEN O'ROURKE
Digitally signed by STEPHEN O'ROURKE
Date: 2025.02.20 14:11:15 -06'00'

STEPHEN O'ROURKE
Special Agent, Drug Enforcement Administration (DEA)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: February 20, 2025

*Judge's signature*

City and state: Chicago, Illinois

GABRIEL A. FUENTES, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, STEPHEN O'ROURKE, being duly sworn, state as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed since approximately June 2022. My current responsibilities include the investigation of narcotics trafficking offenses.

2. This affidavit is submitted in support of a criminal complaint alleging that OSCAR BELTRAN has violated Title 21, United States Code, Section 841(a)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging BELTRAN with knowingly and intentionally possessing with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, my training and experience, my review of law enforcement reports, and information provided to me by other law enforcement agents.

4. The summaries of recorded conversations in this affidavit do not include reference to all of the topics covered during the conversations. Further, quoted

material from the recorded conversations as set out in this affidavit is taken from draft summaries and descriptions by law enforcement participants, not final transcripts. Some of the conversations took place in Spanish; the quoted material below is based on a preliminary translation of those conversations, not a final translation. In addition, the summaries do not include references to all statements made by the speakers on the topics that are described by the speakers. My understanding and interpretation of the conversations is based upon the contents of the conversations, information provided by the confidential source, the context of both prior and subsequent intercepted conversations, my knowledge derived from this investigation, and my experience and familiarity, and the experience and familiarity of other law enforcement agents, with narcotics trafficking.

### FACTS SUPPORTING PROBABLE CAUSE

5. On or about February 18, 2025, a DEA confidential source ("CS")[1] informed DEA agents that an unidentified individual known only as "El Potro" offered by phone and in WhatsApp messages to sell the CS one kilogram of cocaine for $17,500 at about 3 p.m. the next day. According to the CS, El Potro communicated with the CS in Spanish using a Mexican phone number.

---

[1] The CS has three convictions for obstructing justice, invasion of privacy and dangerous drugs with no current pending charges or other cases. CS is a mercenary and has been paid approximately $40,000 for his/her services since 2015. The CS has provided information in the past that has led to successful arrests and seizures of drugs and assets, and this information has been verified through independent investigation and corroboration. Based on the informant's past reliability and the details provided in this instance, the affiant believes the CS to be credible.

2

6. According to the CS and a WhatsApp message the CS provided, El Potro followed up with the CS to provide more details about the transaction on February 19, 2025, telling the CS via a WhatsApp voice message to go to 4828 South Honore Street in Chicago, Illinois to consummate the sale. El Potro further told the CS in a WhatsApp voice message to wait at the location for an unknown individual to approach the CS with one kilogram of cocaine and a "code word." In a WhatsApp voice message provided by the CS, El Potro then shared the code word, "I'm coming on behalf of fatboy," with the CS, and directed the CS to repeat the phrase to the individual that would approach the CS's vehicle at the meeting location.

7. On or about February 19, 2025, at approximately 3:36 p.m., the investigating agents met the CS at a predetermined location. Agents then searched CS and the CS's vehicle (the "CSV") for any illegal contraband. Agents found none. Agents provided the CS with covert audio recording equipment to use during the meeting with BELTRAN. Investigators then followed the CS, maintaining consistent surveillance, as the CS drove to 4828 South Honore Street in Chicago.

8. On February 19, 2025, at approximately 3:39 p.m., surveillance agents on the ground and in the air saw the CS arrive at 4828 South Honore Street in Chicago. According to the CS, via WhatsApp, the CS sent El Potro a photo showing he had arrived. According to the CS, in a WhatsApp voice message, El Potro asked the CS what color car he was driving, and the CS responded via a WhatsApp text, saying he was in a black car.

3

9. At approximately 3:43 p.m., the CS informed agents via live audio monitoring that an individual was approaching the CSV, carrying a black plastic bag. Agents also observed this individual approaching, and he was later identified as BELTRAN.[2] The CS informed agents that he believed the individual approaching the car had a gun. The CS later informed law enforcement this was because BELTRAN's hoodie was weighed down with something heavy in the right pocket.

10. According to the CS's recording device, when BELTRAN reached the car the CS said the code phrase. Agents and law enforcement air support then saw BELTRAN enter the CSV.

11. According to the CS, once inside the CSV, BELTRAN opened the black plastic bag and showed what the CS described as an aluminum foil-wrapped brick with writing in black marker on it. Agents listening to the audio feed heard the CS ask BELTRAN if there was "just one," and BELTRAN said yes.

12. According to the CS, the CS told BELTRAN he had the money and said he had to get it from elsewhere in the car. Law enforcement saw the CS get out of the car. The CS saw BELTRAN, who based on the audio feed appeared to be on a speakerphone call, get up to leave as the person on the other end of the call said, "Yo let's go let's go let's go."

---

[2] The identification of BELTRAN in this affidavit is based on the following: law enforcement observed the individual who met with the CS in the CSV run from the CSV to the residence. Upon apprehension, BELTRAN identified himself as OSCAR BELTRAN and provided identifying information consistent with information for OSCAR BELTRAN in a criminal records database. I also showed a photograph of BELTRAN to the CS after the deal and the CS confirmed he was the same person who had been in the car with him.

4

13. Agents and the CS saw BELTRAN exit the CSV and flee with the suspected cocaine through the side yard he had emerged from and into the rear alley. Air support and agents on the ground tracked BELTRAN to the back entrance to 4842 South Honore Street, about four houses south of the deal location, and agents saw BELTRAN run into underneath the rear awning of the aforementioned address.

14. Agents knocked on the front and back doors to the house and yelled for BELTRAN to come out. As they did, they heard loud smashing sounds and bangs coming from inside the house, and they felt the home shaking.

15. After approximately ten minutes, agents observed BELTRAN and another man come out the front door and surrender empty-handed, leaving the door open behind them.

16. In the residence, agents observed a black plastic bag with a foil-wrapped brick visible through the open end—resembling the brick and bag BELTRAN brought to the CS's car—on a chair in the kitchen, along with other suspected drugs, including packets of white powder inside an open duffel bag next to a mattress. The duffel bag also contained nine more wrapped bricks, five of which were wrapped in foil, marked with black marker.

17. According to a field test of the brick found in the black plastic bag, the substance tested positive for the presence of cocaine and weighed approximately one kilogram.

18. According to the owner of the home at 4842 South Honore Street, BELTRAN was renting the home and was the tenant on the lease.

## CONCLUSION

19. Based on the foregoing, there is probable cause to believe that on or about February 19, 2025, OSCAR BELTRAN knowingly and intentionally possessed with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Narcotic Controlled Drug Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FURTHER AFFIANT SAYETH NOT.

STEPHEN O'ROURKE
Digitally signed by STEPHEN O'ROURKE
Date: 2025.02.20 14:11:50 -06'00'

STEPHEN O'ROURKE
Special Agent, Drug Enforcement Administration

SWORN TO AND AFFIRMED by telephone February 20, 2025.

Honorable GABRIEL A. FUENTES
United States Magistrate Judge

6